UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

General Electric Company; GE Medical
Systems (Norway) AS; GE Yokogawa
Medical Systems, Ltd.; GE Medical Systems
Global Technology Company, LLC;
GE Medical Systems, Ultrasound & Primary
Care Diagnostics LLC; and GE Medical
Systems, Inc.,

    Plaintiffs-Counter-Defendants,

vs.

SonoSite, Inc.,

    Defendant-Counter-Plaintiff.

Case No. 07-C-0273-C

**FINAL JUDGMENT**

Having considered the Stipulation for Dismissal of All Pending Claims and Counterclaims Without Prejudice and Entry of Final Judgment, **IT IS HEREBY ORDERED, ADJUDGED, DIRECTED AND DECREED** that final judgment under Federal Rule of Civil Procedure 58 be entered as follows:

1. Final judgment shall be entered in this case consistent with the Court's partial summary judgment opinion and order of July 24, 2008 (DKT 440) ("July 24 Order") and the parties' Stipulation for Dismissal of All Pending Claims and Counterclaims Without Prejudice and Entry of Final Judgment.

2. All asserted claims and counterclaims that remained pending in the above-captioned action following the July 24 Order are dismissed without prejudice.

3. The Parties shall bear their own costs and attorneys fees.

4. The Parties do not waive any rights or issues for appeal of this judgment.

Dated: *July 30, 2008*

*Barbara B. Crabb*
The Honorable Barbara B. Crabb
District Court Judge
Western District of Wisconsin

Entered this 31st Day of July, 2008.

by *[signature], Dpt. clerk*
Joel W. Turner, Acting Clerk